RILEY SAFER HOLMES & CANCILA LLP
JEFFREY R. WILLIAMS (CSB No. 084156)
*jwilliams@rshc-law.com*
JOSHUA L. ROQUEMORE (CSB No. 327121)
*jroquemore@rshc-law.com*
111 New Montgomery Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 275-8550
Facsimile: (415) 275-8551

Attorneys for Defendant
ROYAL APPLIANCE MFG. CO. d/b/a TTI
FLOOR CARE NORTH AMERICA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN PHILLIPS, EKATERINI CAMPOS, ROBERT JELLINEK, JANINE HARRISON, Individually And On Behalf Of Others Similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ROYAL APPLIANCE MFG. CO. d/b/a HOOVER, <br><br> Defendant. | Case No. **'21CV0987 WQHKSC** <br><br> (San Diego County Superior Court, Case No. 37-2021-00015486-CU-BT-NC) <br><br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

TO THE CLERK AND THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE THAT Defendant ROYAL APPLIANCE MFG. CO. d/b/a TTI FLOOR CARE NORTH AMERICA, erroneously sued herein as ROYAL APPLIANCE MFG. CO. d/b/a HOOVER ("Royal Appliance" or "Defendant") hereby gives notice of removal of the above-entitled civil action from the Superior Court of the State of California, County of San Diego, 325 South Melrose Dr., Vista, CA 92081, Case No. 37-2021-00015486-CU-BT-NC, to the

- 1 -   Case No.
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)

United States District Court for the Southern District of California.  Removal of this case is authorized under 28 U.S.C. § 1441(b), based upon the following facts:

## PROCEDURAL HISTORY

1. On or about April 6, 2021, attorneys for Plaintiffs Susan Phillips, Ekaterini Campos, Robert Jellinek, and Janine Harrison ("Plaintiffs") commenced a class action against Defendant by filing with the Clerk of the San Diego County Superior Court a summons and complaint.  Service of the summons and complaint on Royal Appliance was completed on or about April 22, 2021.  True and correct copies of the summons and complaint are attached hereto as Exhibit A.

2. As of the filing of Defendants' Notice of Removal, Defendant has not filed a responsive pleading to Plaintiffs' Complaint.  Further, no discovery or substantive proceedings have been conducted in the Superior Court.

## JURISDICTION

3. Under 28 U.S.C. § 1332, this Court has original jurisdiction of this civil action based on diversity of citizenship of the parties, and Defendants may remove the action to this Court pursuant to 28 U.S.C. § 1441(b).

## DIVERSITY OF CITIZENSHIP

4. At the time the action was filed in state court, Plaintiff Robert Jellinek was, and is, a citizen of the State of California and a resident of the County of San Diego.  (*See* Ex. A, Complaint, at ¶ 9.)

5. At the time the action was filed in state court, Plaintiff Susan Phillips was, and is, a citizen of the State of California and a resident of the County of Fresno.  (*See* Ex. A, Complaint, at ¶ 11.)

6. At the time the action was filed in state court, Plaintiff Janine Harrison was, and is, a citizen of the State of California and a resident of the County of Riverside.  (*See* Ex. A, Complaint, at ¶ 13.)

7. At the time the action was filed in state court, Plaintiff Ekaterini Campos was, and is, a citizen of the State of California and a resident of the County

1  of Riverside. (*See* Ex. A, Complaint, at ¶ 15.)

2  8. At the time the action was filed in state court, Royal Appliance was, and is, incorporated in the State of Ohio, with its principal place of business in Charlotte, North Carolina. (*See* Ex. A, Complaint, at ¶ 18.)

## AMOUNT IN CONTROVERSY

9. As set forth in Plaintiffs' Statement of damages, Plaintiffs reserve the right to seek punitive damages "up to $100,000,000 or nine (9) times the amount received by each class member, whichever is greater," exclusive of interests and costs (Ex. B, Plaintiffs' Statement of Damages.) Furthermore, Plaintiffs seek for themselves and each similarly situated class member, actual damages and a civil penalty of two-times actual damages, in varying sums. (Ex. A, Complaint, at ¶¶ 6–7.) Defendant is therefore informed and believes that the amount in controversy, exclusive of interests and costs, exceeds $75,000.

10. As shown herein, the requirements of 28 U.S.C. § 1332 are satisfied, as there is complete diversity among the parties, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Accordingly, this action is properly removable to federal court pursuant to 28 U.S.C. §§ 1332 and 1441(a).

## TIMELINESS OF REMOVAL

11. Under 28 U.S.C. § 1446, Defendants' Notice of Removal is timely because it is filed within 30 days of Plaintiffs' service on Defendant of the Summons and Complaint. *See also* 28 U.S.C. § 1441(b). Accordingly, this Notice of Removal is timely as it is filed within one year of the commencement of the action.

## SERVICE OF NOTICE OF REMOVAL ON STATE COURT

12. Promptly following the filing of this Notice of Removal in the United States District Court for the Southern District of California, the undersigned will give counsel for Plaintiffs written notice of such filing. A true and correct copy of

this notice form is attached hereto as Exhibit C (without attachments).  Written notice will also be filed with the Clerk of the Superior Court of the County of San Diego.  A true and correct copy of this notice form is attached hereto as Exhibit D (without attachments).

WHEREFORE, Defendant Royal Appliance Mfg. Co. d/b/a TTI Floor Care North America respectfully requests that this action now pending in the Superior Court of California, County of San Diego, be removed to this Court, and that further proceedings in this action be conducted in this Court as provided by law.

Dated:  May 24, 2021        RILEY SAFER HOLMES & CANCILA LLP

By: */s/ Jeffrey R. Williams*
Jeffrey R. Williams
Joshua L. Roquemore
Attorneys for Defendant
ROYAL APPLIANCE MFG. CO. d/b/a
TTI FLOOR CARE NORTH AMERICA

**PROOF OF SERVICE**

Phillips v. Royal Appliance

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 100 Spectrum Center Drive, Suite 440, Irvine, CA 92618.

On **May 24, 2021**, I caused the foregoing document(s) described as: **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** to be served on all interested parties in this action as follows:

| | |
|---|---|
| KAZEROUNI LAW GROUP, APC<br>Abbas Kazerounian<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, CA 92626 | Attorneys for Plaintiff<br>Phone: 800-400-6808<br>Fax: 800-520-5523<br>Email: ak@kazlg.com |
| KAZEROUNI LAW GROUP, APC<br>Jason A. Ibey<br>321 N. Mall Drive, Suite R108<br>St. George, Utah 84790 | Attorneys for Plaintiff<br>Phone: 800-400-6808<br>Fax: 800-520-5523<br>Email: jason@kazlg.com |
| BLACK OAK LAW FIRM<br>Adib Assassi<br>1100 W. Town and Country Rd., Suite 1250<br>Orange, CA 92868 | Attorneys for Plaintiff<br>Phone: 800-500-0301<br>Fax: 800-500-0301<br>Email: adib@blackoaklaw.com |

☒ BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **May 24, 2021**, at Irvine, California.

*/s/ Elaine Hellwig*
Elaine Hellwig