RILEY SAFER HOLMES & CANCILA LLP
JEFFREY R. WILLIAMS (CSB No. 084156)
*jwilliams@rshc-law.com*
456 Montgomery Street, 16 Floor
San Francisco, CA  94104
Telephone:  (415) 275-8550
Facsimile:   (415) 275-8551

RILEY SAFER HOLMES & CANCILA LLP
JOSHUA L. ROQUEMORE (CSB No. 327121)
*jroquemore@rshc-law.com*
100 Spectrum Center Drive, Suite 440
Irvine, CA 92618
Telephone:  (949) 359-5520
Facsimile:   (949) 359-5501

Attorneys for Defendant
ROYAL APPLIANCE MFG. CO. d/b/a TTI
FLOOR CARE NORTH AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN PHILLIPS, EKATERINI CAMPOS, ROBERT JELLINEK, JANINE HARRISON, Individually And On Behalf Of Others Similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROYAL APPLIANCE MFG. CO. d/b/a HOOVER,<br><br>Defendant. | Case No.  3:21-cv-00987-WQH-KSC<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS CLASS ACTION COMPLAINT UNDER FED. R. CIV. P. 9(b) AND MOTION FOR A MORE DEFINITE STATEMENT UNDER FED. R. CIV. P. 12(e)**<br><br>Hon. William Q. Hayes<br><br>Date: July 6, 2021<br>Courtroom: 14B<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:  Please take notice that on July 6, 2021, or as soon thereafter as counsel may be heard by the above-entitled court, located at 333 W.

Broadway, San Diego, California 92101, Defendant Royal Appliance Mfg. Co. d/b/a TTI Floor Care North America, erroneously sued herein as Royal Appliance Mfg. Co. d/b/a Hoover will move and hereby moves the Court for an order dismissing each cause of action in the Class Action Complaint pursuant to Federal Rule of Civil Procedure 9(b). Alternatively, if the Court denies Defendant's motion to dismiss, Defendant will move and hereby moves the Court for an order granting its motion for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e).

This motion is made on the following grounds:

Plaintiffs fail to state with particularity the circumstances of the alleged fraud, as required by Rule 9(b). Plaintiffs do not include the specific language set forth in any of the documents giving rise to the alleged fraud, nor do they attach copies thereof. Ultimately, the pleadings do not allege the misrepresentations with sufficient particularity. Therefore, Plaintiff's SBA, CLRA, and UCL claims should be dismissed pursuant to Rule 9(b).

In addition, Plaintiffs' contradictory, unintelligible, and vague pleadings foreclose the possibility of a good faith response by Royal Appliance. Accordingly, if this Court should deny Defendant's motion to dismiss under Rule 9(b), Defendant requests the Court grant the instant motion for a more definite statement pursuant to Rule 12(e).

This Motion is made pursuant to this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, all other papers submitted herewith, the pleadings and papers on file in this action, all matters judicially noticeable, and such other evidence as this Court may allow.

1 | Dated:  June 1, 2021

RILEY SAFER HOLMES & CANCILA LLP

By: */s/ Joshua L. Roquemore*
Jeffrey R. Williams
Joshua L. Roquemore
Attorneys for Defendant
ROYAL APPLIANCE MFG. CO. d/b/a
TTI FLOOR CARE NORTH AMERICA

# PROOF OF SERVICE

**Case Name:** Phillips, et al. v. Royal Appliance Mfg. Co.
**Case Number:** 3:21-cv-00987-WQH-KSC

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 100 Spectrum Center Drive, Suite 440, Irvine, CA 92618.

On **June 1, 2021**, I caused the foregoing document(s) described as: **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS CLASS ACTION COMPLAINT UNDER FED. R. CIV. P. 9(b) AND MOTION FOR A MORE DEFINITE STATEMENT UNDER FED. R. CIV. P. 12(e)** to be served on all interested parties in this action as follows:

| | |
|---|---|
| KAZEROUNI LAW GROUP, APC<br>Abbas Kazerounian<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, CA 92626 | Attorneys for Plaintiff<br>Phone: 800-400-6808<br>Fax: 800-520-5523<br>Email: ak@kazlg.com |
| KAZEROUNI LAW GROUP, APC<br>Jason A. Ibey<br>321 N. Mall Drive, Suite R108<br>St. George, Utah 84790 | Attorneys for Plaintiff<br>Phone: 800-400-6808<br>Fax: 800-520-5523<br>Email: jason@kazlg.com |
| BLACK OAK LAW FIRM<br>Adib Assassi<br>1100 W. Town and Country Rd., Suite 1250<br>Orange, CA 92868 | Attorneys for Plaintiff<br>Phone: 800-500-0301<br>Fax: 800-500-0301<br>Email: adib@blackoaklaw.com |

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

☒ BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ FEDERAL - I declare that I am employed in the office of a member of the

1  bar of this Court at whose direction the service was made.
2      Executed on **June 1, 2021**, at Irvine, California.

_Elaine Hellwig_
Elaine Hellwig