# EXHIBIT A


# Product Registration

## My Information

First Name *

Last Name *

Email *

Phone Number *

Street Address *

Address 2

City *

State / Province / Territory *
Select...

Zip / Postal *

## Product Information

Model Number *

Manufacturing Code/Serial Number *

Find Model Number

Find Manufacturer's Code

Purchase Date *
mm/dd/yyyy

Where purchased?
Please Select

ADD RECEIPT IMAGE*

☐ I wish to receive exclusive email offers from Hoover.com

**REGISTER YOUR PRODUCT**




CHAT